UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD B. WALTZ, | ) | CASE NO. 5: 11 CV 2272 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Vecchiarelli. The Report and Recommendation (ECF #15), submitted on July 13, 2012, is ADOPTED.

Plaintiff filed this action seeking judicial review of the Commissioner of Social Security's (the "Commissioner") decision denying his applications for a Period of Disability ("POD"), Disability Insurance Benefits ("DIB"), and Social Security Income ("SSI") under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 423, 1381 *et seq.* (the "Act"). This matter was referred to Magistrate Judge Vecchiarelli for a Report and Recommendation pursuant to Local Rule 72.2(b)(1). Magistrate Judge Vecchiarelli recommended that the Court

affirm the final decision of the Commissioner as supported by substantial evidence. No timely objections have been filed.

The Court has reviewed *de novo* the Report and Recommendation. *See Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999); FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C). The Court finds Magistrate Judge Vecchiarelli's Report and Recommendation to be thorough, well-written, well-supported, and correct on all issues addressed therein. The Magistrate's Report and Recommendation fully and correctly addresses all of Plaintiff's claims. The Court therefore adopts the Magistrate's Report in its entirety. The Commissioner's decision denying Plaintiff's applications for POD, DIB, and SSI is affirmed.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: September 27, 2012

2